United States Courts
Southern District of Texas
FILED

*June 04, 2024*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | §<br>§<br>§ | |
| **v.** | §<br>§ | **Criminal No. 4:24-cr-00305** |
| **AYOBAMI OMONIYI** | §<br>§<br>§ | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
(Conspiracy to Commit Wire Fraud, 18 U.S.C. § 371)

### INTRODUCTION

At all times relevant to this Information, unless otherwise stated:

1.     The Defendant, **AYOBAMI OMONIYI** ("**OMONIYI**") resided in Houston, Texas in the Southern District of Texas.

2.     Victim is a fishing company located in Port Lincoln, Australia.

3.     Company A is a seafood vendor headquartered in Miami, Florida.

4.     A "money mule" is a person recruited to open a bank account, or use an already open bank account, under their control for the purpose of receiving money illegally acquired and then to transfer some or all of the funds, often through electronic means, on behalf of others. A money mule is typically allowed to keep a percentage or portion of the funds deposited into their account as a payment.

5.     The term "business email compromise" ("BEC") refers to a sophisticated fraud often targeting businesses that use wire transfer services. A BEC is accomplished by compromising and/or mimicking ("spoofing") legitimate business email accounts, often through

social engineering or computer intrusion techniques. Perpetrators of BEC fraud then use the unauthorized email access to cause the target company, or individuals involved in legitimate business transactions with the target company, to conduct unauthorized transfers of funds to money mules' bank accounts.

6.   V.O. is a co-conspirator and a money mule recruited by **OMONIYI** to assist in the execution of BEC schemes.  **OMONIYI** recruited  V.O. to deposit fraudulent funds into various bank accounts.  **OMONIYI** paid V.O. approximately 8% to 10% of any fraudulent funds that V.O. received into V.O.'s bank accounts.   **OMONIYI** also paid approximately 3% to 5% of any fraudulent funds received in bank accounts of others that V.O. recruited at the instruction of **OMONIYI**.

7.   V.O. recruited M.I. to receive Victim's funds from the scheme.

8.   S.H. is a co-conspirator and a money mule recruited by V.O. to assist in the execution of BEC schemes.

9.     M.I. is a co-conspirator and a money mule recruited by V.O. to assist in the execution of BEC schemes.

10. PNC #4679 was opened and registered to a company called "Expensive Autos," and the sole owner listed on the bank records is S.H.

11. M.I. maintained a bank account at  Bank of America ending in #1508 ("BOA #1508").

### THE CONSPIRACY

12.     From at least on or about January 19, 2021, through at least on or about February 19, 2021, in the Southern District of Texas and elsewhere, the defendant, **OMONIYI**, did knowingly combine, conspire, confederate, and agree with others known and unknown to commit the following offense against the United States: to knowingly execute and attempt to execute a

scheme and artifice to defraud and to obtain money, funds, and property by means of false and fraudulent pretenses, representations and promises and did transmit and cause to be transmitted by means of wire, radio, or television communication in interstate commerce certain writings, signs, signals, and sounds, for the purpose of executing the scheme, in violation of Title 18, United States Code, Section 1343.

## MANNER AND MEANS

The defendant, **OMONIYI,** and other known and unknown, engaged in business email compromise schemes by gaining unauthorized access to email accounts of companies to deceive victim customers of those companies, including the Victim in this Information, into sending money owed to the company to bank accounts under the defendant **OMONIYI'S** and his co-conspirator's control, which was then quickly transferred and disbursed to other bank accounts under defendant **OMONIYI'S** and his co-conspirator's control.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

To achieve the purpose of the conspiracy, the defendant, and his co-conspirators, in the Southern District of Texas and elsewhere, committed and caused to be committed at least one of the following acts in furtherance of the conspiracy, among others:

(1) By at least on or about January 19, 2021, **OMONIYI'S** co-conspirators obtained unauthorized access to the business email account of an employee of Company A. **OMONIYI'S** co-conspirators then, posing as an employee of Company A, used the employee's compromised email account to send fraudulent interstate wire instructions to the Victim for a payment that the Victim owed to Company A.

(2) On or about January 21, 2021, in response to the fraudulent wire instructions, and believing they were communicating with Company A, the Victim caused its bank to send an interstate wire of $202,273.80 to PNC Bank account ending in #4679 ("PNC

3

#4679") controlled by co-conspirator S.H.

(3) On or about January 21, 2021, upon receiving the fraudulently obtained funds, S.H. issued a handwritten check to M.I. in the amount of $85,000.00 that was then deposited into M.I.'s Bank of America account ending in #1508 ("BOA #1508"). BOA #1508 was subsequently closed and M.I. received a cashier's check from Bank of America for the value of $79,782,33, the remaining balance on the account.

(4) On or about February 19, 2021, **OMONIYI** and V.O. transported M.I. from San Antonio, Texas, to a check cashing business located in Houston, Texas, and instructed M.I. to cash the $79,782,33 cashier's check that M.I. received from Bank of America. However, M.I. did not take possession of the funds from the cashed check.

(5) On or about February 19, 2024, **OMONIYI** took possession of the funds from the cashed check.

All in violation of Title 18, United States Code, Section 371.

## NOTICE OF CRIMINAL FORFEITURE
### (28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C))

Pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C), the United States gives notice to the defendant that in the event of conviction of conspiracy to commit wire fraud, the United States will seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

### Money Judgment and Substitute Assets

The United States will seek the imposition of a money judgment against the defendant. In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant in substitution.

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*James Hu*
_____
JAMES HU
BELINDA BEEK
ASSISTANT UNITED STATES ATTORNEYS